IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT SAYRES                                                            PLAINTIFF

v.          Civil No. 05-3038

JOHN PUTMAN, Circuit Judge, Boone County,
Arkansas; JACK HUDSON, Investigator, Boone
County Sheriff's Office; DAVE MUNIZ, Chief of
Police, Berryville Police Department; DANNY
HICKMAN, Sheriff, Boone County, Arkansas;
BOB KING, Boone County Sheriff's Office; and
OFFICER BRADIN, Boon County Sheriff's Office               DEFENDANTS

**O R D E R**

Now pending before the court is plaintiff's motion (Doc. 13) to amend his complaint to add two defendants--Bob King and Officer Bradin, both of the Boone County Sheriff's Office. As the complaint has not been served, such an amendment is appropriate at this time, and the motion is GRANTED.

The clerk's office is directed to amend the caption in this case to reflect the additions of these defendants.

IT IS SO ORDERED this 4th day of January 2006.

                                                      **/s/ Beverly Stites Jones**
                                         HON. BEVERLY STITES JONES
                                         UNITED STATES MAGISTRATE JUDGE