**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION**

**ROBERT SAYRES**                                                             **PLAINTIFF**

**v.**                             **Civil No. 05-3038**

**JOHN PUTMAN, Circuit Judge,
Boone County, Arkansas; JACK HUDSON,
Investigator, Boone County Sheriff's
Office; DAVE MUNIZ, Chief of Police,
Berryville Police Department; DANNY
HICKMAN, Sheriff, Boone County, Arkansas;
BOB KING, Boone County Sheriff's Office;
and OFFICER BRADIN, Boone County
Sheriff's Office**                                          **DEFENDANTS**

**O R D E R**

Now on this 31st day of August, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #24), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, all claims raised in Sayre's action, with the exception of the claim against Sheriff Danny Hickman, are hereby **dismissed under the doctrine of res judicata. All defendants, other than Sheriff Danny Hickman, are hereby dismissed from this action. This case is**

**remanded to Hon. Beverly S. Jones for further Report and Recommendation as to the remaining claim against Sheriff Hickman.**

    **IT IS SO ORDERED.**

                                        <u>**/s/Jimm Larry Hendren**</u>
                                        **HON. JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**