IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT SAYRES                                              PLAINTIFF

v.                          Case No. 05-3038

SHERIFF DANNY HICKMAN                         DEFENDANT

## **O R D E R**

On September 19, 2006, the defendant filed a motion for a more definite statement, requesting additional information concerning plaintiff's claims. (Doc. 31). Said motion is hereby GRANTED.

Accordingly, Robert Sayres is hereby directed to complete, sign, and return the attached questionnaire on or before **November 24, 2006.** Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.

IT IS SO ORDERED this 1st day of November 2006.

                                                /s/ Beverly Stites Jones
                                                UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT SAYRES                                                                    PLAINTIFF

v.                              Case No. 05-3038

SHERIFF DANNY HICKMAN                                                 DEFENDANT

**AMENDED COMPLAINT**

TO: ROBERT SAYRES

    These questions and answers will serve as your response to the defendant's motion for a more definite statement. You may use additional sheets of paper in responding to these questions. You must file this response by **November 20, 2006.**

    1. You named Jack Hudson as well as an individual identified as "Officer Jack" in your complaint and addendum. Are Jack Hudson and "Officer Jack" the same person?

    YES _____   NO _____

    If not, please provide the dates this individual was employed by Boone County and any other information that may aid in the identification of this person.

_____

_____

_____

_____

    2. You allege that you were attacked by fellow inmates. Please state the date this attack occurred:

_____

3. Please describe exactly what happened:

_____
_____
_____
_____
_____
_____
_____

4. Please state the name of all inmates involved and the role each played:

_____
_____
_____
_____
_____
_____
_____

5. Please indicate the name of the officers/jailers who witnessed the attack or were called to break-up the altercation:

_____
_____
_____
_____
_____
_____
_____

AO72A
(Rev. 8/82)

6. Please state the date you were transported to the hospital:

_____

7. Please name the hospital where you were treated:

_____

_____

_____

8. Please provide the name of the doctor(s) who treated you:

_____

_____

_____

_____

_____

9. Did you file any grievances regarding the altercation or the injuries sustained as a result of the altercation?

YES _____ NO _____

If you answered yes, please state the date the grievance(s) were filed and provide the court with a copy of each?

_____

_____

_____

_____

AO72A
(Rev. 8/82)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2006.

_____
ROBERT SAYRES

AO72A
(Rev. 8/82)