IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT SAYRES                                                                                          PLAINTIFF

v.                                            Case No. 05-3038

SHERIFF DANNY HICKMAN                                                                  DEFENDANT

### ORDER

By order entered on November 11, 2006, this court directed plaintiff to respond to a questionnaire on or before November 24, 2006. (Doc. 34). To date, plaintiff has failed to file answers to the questions propounded by this court. Accordingly, the plaintiff is hereby directed to show cause by **December 18, 2006,** why his suit should not be dismissed.

**The clerk is hereby directed** to mail a copy of this order to the plaintiff at his last known address: 2523 Johnson Road, Medow Apartments # 102, Springdale, Arkansas 72762.

IT IS SO ORDERED this 07th day of December 2006.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE