IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT SAYRES                                                                                    PLAINTIFF

v.                              Case No. 05-3038

SHERIFF DANNY HICKMAN                                                                DEFENDANT

## ORDER

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before March 2, 2007. Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this <u>28th</u> day of December 2006.

<u>/s/ Beverly Stites Jones</u>
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE