IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT SAYRES                                                                    PLAINTIFF

V.                              NO.  3:05-CV-03038-JLH

SHERIFF DANNY HICKMAN                                                DEFENDANT

O R D E R

Before the court is the Defendant's First Motion for More Definite Statement (Doc.31)

filed September 19, 2006.  The Plaintiff filed his Response (Doc.36) on December 19, 2006.

The court finds that the response did fully respond to the Defendant's Motion for More

Definite Statement and that the Motion is now MOOT.

IT IS SO ORDERED this 20th day of June 2007.


/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES DISTRICT JUDGE