IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT SAYRES                                                                    PLAINTIFF

v.                                        CASE NO. 05-3038

DANNY HICKMAN,
Sheriff, Boone County, Arkansas                                                  DEFENDANT

## ORDER

On March 1, 2007, Defendants filed a summary judgment motion (Doc. 42). To assist plaintiff in responding to the summary judgment motion, the undersigned is propounding a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing an opinion on the summary judgment motion.

For this reason, Robert Sayres is hereby directed to complete, sign, and return the response to defendants' summary judgment motion on or before **November 2, 2007.** Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.

IT IS SO ORDERED this 3rd day of October 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE