IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT SAYRES                                                                                        PLAINTIFF

v.                                                    CASE NO. 05-3038

DANNY HICKMAN,
Sheriff, Boone County, Arkansas                                                          DEFENDANT

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Robert Sayers filed this civil rights action on July 19, 2005. He proceeds pro se and *in forma pauperis*.

On March 1, 2007, Defendant filed a Motion for Summary Judgment (Doc. 42). The Court issued an Order on October 3, 2007 directing the Plaintiff to complete, sign, and return the response to the Defendant's Summary Judgment on or before November 2, 2007. The response has not been filed with the Court, and on December 12, 2007 Defendants filed a Motion to Dismiss (Doc. 48), requesting that Plaintiff's case be dismissed in its entirety for failure to follow a court order and return the response to the Motion for Summary Judgment and for failure to prosecute. The Plaintiff has not corresponded with the Court in anyway, nor has any mail to the Plaintiff been returned as undeliverable.

I therefore recommend that this case be dismissed based on plaintiff's failure to obey the orders of the court and his failure to prosecute this action. Fed. R. Civ. P. 41. **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both**

**timely and specific to trigger de novo review by the district court.**

      DATED this 18th day of December 2007.

                                                */s/ J. Marschewski*
                                                 HON. JAMES R. MARSCHEWSKI
                                                 UNITED STATES MAGISTRATE JUDGE